Nos. 26 and 27. PFISTER *v.* NORTHERN ILLINOIS FINANCE CORP. ET AL. January 18, 1943.

No. 507. HOLIDAY *v.* UNITED STATES. January 18, 1943.

No. 534. ORLANDO *v.* ILLINOIS. January 18, 1943.